## TRACY *versus* WIKOFF.

IN this caufe the CHIEF JUSTICE laid down the following rule in computing intereft.

M'KEAN, *Chief Juftice.* The rule of computing intereft muft be fuch, that the intereft of money paid in before the time, muft be deducted from the intereft of the whole fum due at the time appointed by the inftrument for making the payment. For inftance, a bond to pay £.100, with annual intereft at 6 per cent. and at the end of fix months, £.50 is paid in. This payment fhall not be apportioned, £.3 to the difcharge of the half year's intereft, and £.47 to the dimunition of the principal; fo as to calculate the remaining intereft at 6 per cent. upon £.53 for fix months; But the intereft fhall be charged at the end of the year upon £.100; the payment of £.50 fhall then be deducted from the aggregate fum of £.106, and the obligor receive a credit for £.1, 10 as intereft of £.50 for fix months.

---

The reafon and propriety of the rule laid down by the CHIEF JUSTICE, will be evident from a fhort calculation, ftating *Obligor* and *Obligee*, as *Debtor* and *Creditor*, according to the mercantile form.

| Dr.    John Stiles, in account with John Nokes, per Contra.    Cr. | | |
|---|---|---|
| 1784. | 1783 | |
| January 1. To his bond and 1 year's intereft. £.106. | July 1. By cafh   -   -   £.50  0 0 | |
| | 1784 | |
| — | Jan. 1. By intereft of £50 paid as above   -   1 10 0 | |
| — | By balance   -   -   54 10 0 | |
| £.106 | £.106  0 0 | |

But if this account were ftated on the contrary principle, it would appear as follows.

| Dr. John Stiles, &c. | | Per Contra.   Cr. | |
|---|---|---|---|
| 1784 | | 1784 | |
| July 1. To his bond & 6 mos. intereft £.103  0 0 | | 1 July By cafh 6 mos. intereft   -   -   £.3  0 0 | |
| | 50 | By do. on acct. of principal   -   47  0 0 | |
| 1785 | | | |
| Jan. 1. To his bond — 53  0 0 | | | 50  0 0 |
| To 6 mos. int.   1 11 9½ | 1785 | | |
| | | 1 Jan. By cafh   -   54 11 9½ | |
| £.54 11 9⅛ | | £.104 11 9½ | |

So that the *Obligor* not only pays £.1 11 9½ more in the year by the fecond method of calculation; but the *Obligee* gains £.3 more upon his £.100; for, if he puts out the £.47 when he receives it, at the end of the fix months it will yield £.1 8 2½ intereft, which added to £.7 11 9½, that he has already received, amounts to £.9.